JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMELLE EDWARD ARMSTRONG,<br><br>Petitioner,<br><br>v.<br><br>GISELLE MATTESON, Warden, California State Prison, Solano<br><br>Respondent. | Case No. 2:22-cv-01019-CAS-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: August 25, 2025

*[signature: Christina A. Snyder]*

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE